BEFORE THE SECOND DIVISION, JUNE 17, 1964

No. 68647.—Metasco, Inc. *v.* United States, protests 59/32900, 60/1234, and 60/6851 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.